THE FOLLOWING ORDER  
IS APPROVED AND ENTERED  
AS THE ORDER OF THIS COURT:

DATED: May 29, 2012



Honorable Margaret Dee McGarity  
United States Bankruptcy Judge

U S BANKRUPTCY COURT  
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ROBERT L HANSEN<br>W5612 TOWN LINE ROAD<br>RANDOM LAKE, WI  53075 | CHAPTER 13<br><br>Case No. 12-20659-MDM<br><br>*AMENDED PAYROLL ORDER* |

### *AMENDED ORDER TO PAY WAGES*

To, WESTERN STATES ENVELOPE CO, the employer of the above debtor(s):

The above named debtor proposed a plan to pay debts out of future earnings.  By this plan the debtor's earnings are subject to the supervision and control of the Bankrupcty Court.  Now, Therefore,

IT IS ORDERED THAT:

1. You, WESTERN STATES ENVELOPE CO, shall deduct from the earnings of said debtor [including vacation pay], the sum of  **$235.00** BI-WEEKLY, beginning on the next payday following receipt of this Order and continuing until further notice.  You shall immediately pay to the Chapter 13 Trustee the sums so deducted.  INCLUDE THE **DEBTOR'S NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE, AND MAIL TO:

**CHAPTER 13 TRUSTEE**  
**P.O. BOX 1102**  
**MEMPHIS, TN 38101-1102**

2. All earnings and wages of the debtor, except amounts required to be withheld pursuant to provisions of law, insurance, pension, union dues, current child support, or by the Order of this Court, shall be paid to the debtor in accordance with your usual procedure.  No other deduction shall be made by you.

3. This Order supersedes any previous Order for payment in this case.

Debtor(s) Employer:  
WESTERN STATES ENVELOPE CO  
4480 NORTH 132ND STREET  
BUTLER, WI 53007-2004  
Attn: Payroll Department

Debtor(s) Attorney:
DELADURANTEY LAW OFFICE LLC
735 W WISCONSIN AVE SUITE 740
MILWAUKEE, WI 53233

**Thomas King**
**Chapter 13 Standing Trustee**
**CHAPTER 13 TRUSTEE**
**P O BOX 3170**
**OSHKOSH, WI 54903-3170**
**Telephone: (920) 231-2150**
**Email: info@ch13oshkosh.com**

Trustee Issued Date:  May 25, 2012

#####